| | | | |
|---|---|---|---|
| Com. v. Neal | 937 EDA 2016<br>Affirmed | 12/29/2016 | CP–51–CR–0929151–1993<br>(Philadelphia) |
| Cunliffe v. Creedon [25] | 1169 EDA 2016<br>Affirmed | 12/29/2016 | 00186, April Term, 2005<br>(Philadelphia) |
| Com. v. Coward | 1202 EDA 2016<br>Affirmed | 12/29/2016 | CP–51–CR–0010435–2009<br>(Philadelphia) |
| In the Interest of: J.E.S. | 1349 EDA 2016<br>Affirmed | 12/29/2016 | CP–51–AP–0000483–2015<br>(Philadelphia) |
| In the Interest of: K.E.S. | 1352 EDA 2016<br>Affirmed | 12/29/2016 | CP–51–AP–0000484–2015<br>(Philadelphia) |
| In re J.L.S. | 1513 EDA 2016<br>Affirmed | 12/29/2016 | 2015–A0140<br>(Montgomery) |
| Com. v. Williams | 2282 MDA 2015<br>Affirmed | 12/29/2016 | CP–40–CR–0001688–2012<br>(Luzerne) |
| Com. v. Winter | 835 MDA 2016<br>Affirmed | 12/29/2016 | CP–36–CR–0001295–2012<br>(Lancaster) |
| Com. v. Merritt | 1202 WDA 2015<br>Affirmed and<br>Remanded | 12/29/2016 | CP–11–CR–0002202–2014<br>(Cambria) |
| Com. v. One 1988 Ford Mustang LX Automobile | 226 WDA 2016<br>Affirmed | 12/29/2016 | CP–10–MD–0000054–2015<br>(Butler) |
| Gasior v. Parulis | 665 WDA 2016<br>Affirmed | 12/29/2016 | GD–12–3028<br>(Allegheny) |
| Com. v. Spuck | 733 WDA 2016<br>Affirmed | 12/29/2016 | CP–17–CR–0000396–1995<br>(Clearfield) |
| Bayview Loan Servicing v. Hill | 740 WDA 2016<br>Affirmed | 12/29/2016 | MG 15 1146<br>(Allegheny) |
| L.L. v. J.R. | 993 WDA 2016<br>Affirmed | 12/29/2016 | 2008–2899<br>(Mercer) |
| In re A.T.P.; Appeal of A.P. | 1074 WDA 2016<br>Affirmed | 12/29/2016 | No. 32A–2016 O.C.<br>(Jefferson) |
| In re E.J.P.P.; Appeal of A.P. | 1075 WDA 2016<br>Affirmed | 12/29/2016 | 31A–2016 OC<br>(Jefferson) |
| In re T.M.J.P.; Appeal of A.P. | 1076 WDA 2016<br>Affirmed | 12/29/2016 | 29A–2016 OC<br>(Jefferson) |
| In re L.R.P.; Appeal of A.P. | 1077 WDA 2016<br>Affirmed | 12/29/2016 | 30A–2016 OC<br>(Jefferson) |

**25.** Petition for reargument denied March 21, 2017.